

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS**
**CLERK**

203 Gilmore Drive
Amory, MS   38821

Telephone: (662) 369-4952

911 Jackson Avenue, Suite 369
Oxford, MS   38655
Telephone: (662) 234-1971

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS   38701

February 7, 2022

Victoria Barnett

v.                                                                  Case No. 4:22cv04-DMB-DAS

DKNRT, LLC


    **PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

        DKNRT, LLC


                  DAVID CREWS, CLERK

        By:      s/ Jennifer L. Adams
                Deputy Clerk/Case Manager