

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

203 Gilmore Drive
Amory, MS   38821

Telephone:   (662) 369-4952
Facsimile: (662) 369-9569

911 Jackson Avenue, Suite 369
Oxford, MS   38655
Telephone: (662) 234-1971
Facsimile: (662) 236-5210

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS   38701

March 10, 2022

Victoria Barnett

v.                                                                          Case No. 4:22-cv-04-DMB-DAS

DKNRT, LLC

    **PLEASE TAKE NOTICE** that the following party(ies) are in default and Entry of Default should be requested pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure:

DKNRT, LLC

**Failure to request an Entry of Default may result in a party of case being dismissed without prejudice for failure to prosecute.**

DAVID CREWS, CLERK

By:   \_\_\_\_\_s/ Jennifer L. Adams_____
         Deputy Clerk/Case Manager