IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

VICTORIA BARNETT                                                                                                                                           PLAINTIFF

VS.                                    NO.: 4:22-CV-4-DMB-DAS

DKNRT, LLC                                               DEFENDANT

## CORPORATE DISCLOSURE STATEMENT OF DKNRT, LLC

COMES NOW, DKNRT, LLC, by and through counsel, and makes the following Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Uniform Civil Rule 7(c):

1. DKNRT, LLC is a now dissolved limited liability company with a single member: Babubhaimaganbhi Patel, 1065 West 120 Frontage Road, Jackson, Mississippi 39204.

DATED: March 18, 2022.

                                       RESPECTFULLY SUBMITTED,

                                       DKNRT, LLC

                                       HICKMAN, GOZA & SPRAGINS, PLLC
                                       Attorneys at Law
                                       Post Office Drawer 668
                                       Oxford, MS 38655-0668
                                       (662) 234-4000 telephone
                                       (662) 234-2000 facsimile
                                       glewis@hickmanlaw.com

                           BY: _/s/ Goodloe T. Lewis_
                                       GOODLOE T. LEWIS, MSB # 9889

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for DKNRT, LLC, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Daniel A. Meyer
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113
dmeyer@brunobrunolaw.com

DATED: March 18, 2022.

*/s/ Goodloe T. Lewis*
GOODLOE T. LEWIS

GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668