IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

VICTORIA BARNETT                                                        PLAINTIFF

VS.                                                          NO.: 4:22-CV-4-DMB-DAS

DKNRT, LLC                                                      DEFENDANT

## NOTICE OF SERVICE OF DISCOVERY

Please take notice that the defendant, DKNRT, LLC, has this day filed with the clerk of the court, this Notice of Service of Discovery and, simultaneously therewith, forwarded to counsel as above shown copies of:

### Defendant's Initial Disclosures

The undersigned counsel of record retains the originals of these discovery requests as custodian thereof pursuant to local court rule.

DATED: April 26, 2022.

RESPECTFULLY SUBMITTED,

DKNRT, LLC

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile
glewis@hickmanlaw.com

BY: */s/ Goodloe T. Lewis*
      GOODLOE T. LEWIS, MSB # 9889

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for DKNRT, LLC, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Daniel A. Meyer
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA  70113
dmeyer@brunobrunolaw.com

DATED: April 26, 2022.

/s/ Goodloe T. Lewis
GOODLOE T. LEWIS

GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668