IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

Civil Minutes - General

| | | | |
|---|---|---|---|
| Case No: | 4:22-CV-4-DMB-DAS | Place Held: | Judge Sanders' Chambers (Telephonically) |

Style: Victoria Barnett v DKNRT, LLC

Date: May 2, 2022
Begin: 10:00 a.m.
End: 10:20 a.m.
Total Time: 20 minutes

PRESENT: David A. Sanders     United States Magistrate Judge

| ATTORNEY PARTICIPATING FOR PLAINTIFF | ATTORNEY PARTICIPATING FOR DEFENDANT |
|---|---|
| Daniel A. Meyer | Goodloe T. Lewis |

PROCEEDINGS: Telephonic Case Management Conference

Docket Entry: Case Management Order to be entered

DAVID CREWS, CLERK

By:    /s/ Jennifer L. Frantz
       Courtroom Deputy