IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

VICTORIA BARNETT                                                       PLAINTIFF

V.                                                         CAUSE NO. 4:22-CV-00004-DAS

DKNRT, LLC                                                              DEFENDANT

---

TAKE NOTICE that a proceeding in this case has been SET for the place, date, and time set forth below:

Place                                                    Room No.  Courtroom 1

United States Federal Building
911 Jackson Avenue                                       Tuesday, May 30, 2023
Oxford, Mississippi                                      9:40 A.M.

_____

Type of Proceeding

<u>JURY TRIAL</u>
<u>BEFORE UNITED STATES MAGISTRATE JUDGE DAVID SANDERS</u>

*Trial expected to last 2 to 3 days*

---

DAVID CREWS, Clerk of Court

By:  /s/  Jennifer L. Frantz
         Courtroom Deputy

Date:  May 6, 2022