## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## <u>NOTICE</u>

VICTORIA BARNETT                                       **PLAINTIFF**

**VS.**                                             **CASE NO.:**   **4:22-cv-4-DAS**

**DKNRT, LLC**                                        **DEFENDANT**

     **TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| **U.S. FEDERAL BUILDING**<br>**305 Main Street**<br>**Greenville, MS  38701** | **TELEPHONIC** |
| | *Date and Time* |
| | **NOVEMBER 2, 2022**<br>**10:00 A.M.** |

*Type of Proceeding*

### TELEPHONIC SETTLEMENT CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

COUNSEL, PLAINTIFF(S), DEFENDANT(S), AND REPRESENTATIVE(S)
WITH FULL SETTLEMENT AUTHORITY MUST ATTEND UNLESS EXCUSED BY THE COURT.

***\*\*\*CALL-IN INFORMATION\*\*\****
**CALL-IN TELEPHONE NUMBER:  877-336-1839  -  ACCESS CODE:  8702105**
*Participants press # as indicated.*

DAVID CREWS, Clerk of Court

By:    /s/ *Itonia R. Williams*           
              Courtroom Deputy Clerk

Date:   May 6, 2022

**IF YOU HAVE ANY QUESTIONS, CONTACT ITONIA R. WILLIAMS AT 662-335-9214.**
**OR VIA EMAIL: itonia_williams@msnd.uscourts.gov.**