IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

VICTORIA BARNETT                                       PLAINTIFF

VS.                                                                NO.: 4:22-CV-4-DMB-DAS

DKNRT, LLC                                           DEFENDANT

## NOTICE OF DEPOSITION

Please take notice that the deposition of **VICTORIA BARNETT** will be taken on Thursday, July 21, 2022 at Bruno & Bruno, LLP, 855 Baronne Street, New Orleans, Louisiana, commencing at 10:00 a.m. Said deposition shall be taken before an official Court Reporter or some other person duly authorized to administer oaths. This deposition may also be recorded by video or other non-stenographic means. The deposition will commence at the time and date, as herein stated and continue from day to day until completed.

You are invited to attend.

DATED: May 19, 2022.

                                               RESPECTFULLY SUBMITTED,

                                               DKNRT, LLC

                                               HICKMAN, GOZA & SPRAGINS, PLLC
                                               Attorneys at Law
                                               Post Office Drawer 668
                                               Oxford, MS 38655-0668
                                               (662) 234-4000 telephone
                                               (662) 234-2000 facsimile
                                               glewis@hickmanlaw.com


                              BY: */s/ Goodloe T. Lewis*
                                    GOODLOE T. LEWIS, MSB # 9889

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for DKNRT, LLC, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Daniel A. Meyer
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA  70113
dmeyer@brunobrunolaw.com


DATED: May 19, 2022.

                                                                  */s/ Goodloe T. Lewis*
                                                                  GOODLOE T. LEWIS


GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668