IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**VICTORIA BARNETT**                                                                         **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 4:22-CV-4-DAS**

**DKNRT, LLC**                                                              **DEFENDANT**

<u>**FINAL JUDGMENT**</u>

In accordance with the Joint Motion to Dismiss filed on February 1, 2023, by the parties in this case, the court hereby enters this Final Judgment. Docket 42. This case is **DISMISSED with prejudice** and closed.

**SO ORDERED AND ADJUDGED** this the 1st day of February, 2023.

                                                   **/s/ David A. Sanders**
                                                   **UNITED STATES MAGISTRATE JUDGE**